# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|    Bank Accounts | |
|     10004 SVB Analysis Checking | 261,932.92 |
|     10005 SVB Payroll | 6.11 |
|     10200 Stripe | -109,062.51 |
|    **Total Bank Accounts** | **$152,876.52** |
|    Accounts Receivable | |
|     11000 CampKeeper Receivables | 0.00 |
|      11001 Reserve for Bad Debt | 0.00 |
|      11002 Moose Sales (A/R) | 291,519.00 |
|      11004 Fox Sales (A/R) | 0.00 |
|      11008 Grandfather Sales (A/R) | 0.00 |
|      11009 Amortized Membership Sales (A/R) | 0.00 |
|      11010 Legacy Sales (A/R) | 0.00 |
|      11011 Michigan State Parks (A/R) | 14,200.00 |
|      11012 Utah State Parks (A/R) | 0.00 |
|      11014 Louisiana State Parks (A/R) | 16,655.91 |
|      11015 West Virginia State Parks (A/R) | 41,747.92 |
|      11016 New York State Parks (A/R) | 5,142.26 |
|    **Total 11000 CampKeeper Receivables** | **369,265.09** |
|     11100 Mercantile Receivables | 0.00 |
|     11200 Accounts Receivable | 0.00 |
|     11210 OTA Receivables | 233,648.11 |
|    **Total Accounts Receivable** | **$602,913.20** |
|    Other Current Assets | |
|     12000 Inventory Asset | |
|      12010 Purchase Order Deposits | 0.00 |
|      12020 Raw Materials | 0.00 |
|      12030 Tentkit Components | 0.00 |
|      12040 Completed TentKits -  Not Yet Deployed | 0.00 |
|      12050 Inventory Asset - Mercantile | 0.00 |
|      12060 Farnam Capitalized Materials | 7,285,949.60 |
|       12060a Accumulated Depreciation | -3,587,756.64 |
|    **Total 12060 Farnam Capitalized Materials** | **3,698,192.96** |
|    **Total 12000 Inventory Asset** | **3,698,192.96** |
|     12070 Farnam Capitalized Install | 2,155,001.43 |
|     12070a Accumulated Amortization | -772,019.96 |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| **Total 12070 Farnam Capitalized Install** | 1,382,981.47 |
| 12400 Gap Account | 0.00 |
| 12500 Prepaid Expenses | 119,053.01 |
|   12501 Legal Retainer | 0.00 |
| **Total 12500 Prepaid Expenses** | **119,053.01** |
| 12510 Lowes Escrow | 45,331.23 |
| 12601 Deferred CK Expense | |
|   12602 Deferred CK Expense - Tentrr | 308,702.49 |
|   12603 Deferred CK Expense - 3rd Party | 128,563.79 |
| **Total 12601 Deferred CK Expense** | **437,266.28** |
| 12604 Deferred Discounts | 318.20 |
| 12605 Deferred 3rd Party Channel Fees | 11,950.84 |
| 12607 Shopify Account | 784.43 |
| 12608 Deferred Shopify Fees | 45.16 |
| 12609 Deposits | Advances | 0.00 |
| 12611 Taxes Withheld | 2,904.49 |
| 12612 Temporary Clearing Account | 0.00 |
| 12613 Temporary Clearing Account 2 | 0.00 |
| 12614 QB Site Sales Clearing Account | 0.00 |
| Retainer/Escrow Asset | 0.00 |
| **Total Other Current Assets** | **$5,698,828.07** |
| **Total Current Assets** | **$6,454,617.79** |
| Fixed Assets | |
|   Computers | 0.01 |
|     12700 Computers - CapEx | 128,720.95 |
|     12701 Accumulated Depreciation - Computers | -79,255.73 |
|   **Total Computers** | **49,465.23** |
|   Domain Name | |
|     12702 Domain Name - CapEx | 6,000.00 |
|     12702a Accumulated Amortization - Domain Name | -1,933.16 |
|   **Total Domain Name** | **4,066.84** |
|   Equipment | 0.01 |
|     12703 Equipment - CapEx | 8,672.28 |
|     12703a Accumulated Depreciation - Equipment | -7,402.11 |
|   **Total Equipment** | **1,270.18** |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| Furniture and Fixtures |  |
|   12704 Furniture & Fixtures - NYC (CapEx) | 54,280.59 |
|   12704a Accumulated Depreciation - F&F NYC | -54,280.59 |
| **Total Furniture and Fixtures** | **0.00** |
| Leasehold Improvements |  |
|   12705 Leasehold Improvements - Oneonta, NY (CapEx) | 0.00 |
|   12705a Accumulated Amortization - Leasehold Improvements - Oneonta, NY | 0.00 |
| **Total Leasehold Improvements** | **0.00** |
| TentKits |  |
|   12080a TentKits Deployed 2017 (CapEx) | 540,029.99 |
|     12080b Accumulated Depreciation (2017 Tentkits) | -540,029.99 |
|   **Total 12080a TentKits Deployed 2017 (CapEx)** | **0.00** |
|   12080c TentKits Deployed 2018 (CapEx) | 875,912.98 |
|     12080d Accumulated Depreciation (2018 Tentkits) | -875,912.98 |
|   **Total 12080c TentKits Deployed 2018 (CapEx)** | **0.00** |
|   12080e TentKits Deployed 2019 (CapEx) | 624,327.39 |
|     12080f Accumulated Depreciation (2019 Tentkits) | -624,327.39 |
|   **Total 12080e TentKits Deployed 2019 (CapEx)** | **0.00** |
|   12080g TentKits Deployed 2020 | 46,644.77 |
|     12080h Accumulated Depreciation (2020 Tentkits) | -46,644.77 |
|   **Total 12080g TentKits Deployed 2020** | **0.00** |
|   12080i TentKits Deployed (Combined Tentkits) | -39,711.57 |
| **Total TentKits** | **-39,711.57** |
| Tools & Machinery | 0.00 |
|   Tools & Machinery - Oneonta, NY (CapEx) | 31,110.22 |
|     Accumulated Depreciation - T&M Oneonta, NY | -24,843.55 |
|   **Total Tools & Machinery - Oneonta, NY (CapEx)** | **6,266.67** |
|   Tools & Machinery - Stroudsberg, PA (CapEx) | 0.00 |
|     Accumulated Depreciation - T&M Stroudsberg, PA | 0.00 |
|   **Total Tools & Machinery - Stroudsberg, PA (CapEx)** | **0.00** |
|   Tools & Machinery - West Hurley, NY (CaoEx) | 0.00 |
|     Accumulated Depreciation - T&M West Hurley, NY | 0.00 |
|   **Total Tools & Machinery - West Hurley, NY (CaoEx)** | **0.00** |
|   Tools & Machinery, Saco,ME (CapEx) | 0.00 |
|     Accumulated Depreciation - T&M Saco, ME | 0.00 |
|   **Total Tools & Machinery, Saco,ME (CapEx)** | **0.00** |
| **Total Tools & Machinery** | **6,266.67** |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| Vehicles | 0.00 |
| 2017 Ford F450 (1FDUF4HT9HEB20847) |  |
|  Depreciation | 0.00 |
|  Original cost | 0.00 |
| Total 2017 Ford F450 (1FDUF4HT9HEB20847) | 0.00 |
| 2017 Ford F550 (1FDUF5HT6HEF41964) |  |
|  Depreciation | 0.00 |
|  Original cost | 0.00 |
| Total 2017 Ford F550 (1FDUF5HT6HEF41964) | 0.00 |
| 2018 Ford F550 (1FDUF5HT8JDA01298) |  |
|  Depreciation | 0.00 |
|  Original cost | 0.00 |
| Total 2018 Ford F550 (1FDUF5HT8JDA01298) | 0.00 |
| Trailers | -0.03 |
|  100 Original cost | 6,999.95 |
|  101 Depreciation | -3,694.36 |
| Total Trailers | 3,305.56 |
| **Total Vehicles** | 3,305.56 |
| **Total Fixed Assets** | **$24,662.91** |
| Other Assets |  |
|  Security Deposits | 0.00 |
|  35 East Broadway | 0.00 |
|  52-37 St Hwy 23 | 0.00 |
|  9831 St Hwy 23 | 1,000.00 |
|   NYSEG Deposit | 275.00 |
|  Total 9831 St Hwy 23 | 1,275.00 |
|  Farnam Financial Inc. |  |
|   Lease TE123118-001X | 93,998.00 |
|   Lease TE123118-002 | 141,480.00 |
|   Lease TE123118-003 | 0.00 |
|   Lease TE123118-004 | 0.00 |
|   Lease TE123118-004R | 285,716.00 |
|   Lease TE123118-005 | 260,637.99 |
|  Total Farnam Financial Inc. | 781,831.99 |
|  State of Michigan | 5,000.00 |
|  State of New York | 20,000.00 |
| **Total Security Deposits** | 808,106.99 |
| **Total Other Assets** | **$808,106.99** |
| **TOTAL ASSETS** | **$7,287,387.69** |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         12710 Accounts Payable OpEx | 639,091.78 |
|       **Total Accounts Payable** | **$639,091.78** |
|       Credit Cards | |
|         12752 Brex | 10,256.12 |
|       **Total Credit Cards** | **$10,256.12** |
|       Other Current Liabilities | |
|         20000 Accrued Expenses | 0.00 |
|           20001 Accrued Employee Reimb Payable | 0.00 |
|           20002 Accrued Legal Fees | 36,064.90 |
|           20003 Street Team | 0.00 |
|           20004 Accrued Expenses Misc | 0.00 |
|         **Total 20000 Accrued Expenses** | **36,064.90** |
|         20005 Accrued Bonuses | 56,508.05 |
|         20006 Accrued Commissions | 25,250.84 |
|         20008 Accrued RE Taxes | 0.00 |
|         20021 SBA PPP Loan | 0.00 |
|         20025 BankDirect Financing | 0.10 |
|         20026 National Partners PFco of NY | 12,904.37 |
|         20027 IPFS of New York | 69,760.39 |
|         20030 Deferred Revenue | 0.00 |
|           20032 Deferred Booking Fees | 3,600.85 |
|           20034 Deferred Tentrr Site Rental Fees | 70,661.20 |
|           20035 Deferred 3rd Party Site Rental Fees | 77,349.60 |
|           20036 Deferred Extras | 659.20 |
|           20037 Deferred 3rd Party Extras | -30.00 |
|           20038 Deferred Cleaning Fees | -562.44 |
|           20039 Deferred 3rd Party Cleaning Fees | 0.00 |
|           20040 Deferred Tentkit Setup/Breakdown Fees | 0.00 |
|         **Total 20030 Deferred Revenue** | **151,678.41** |
|         20057 Gift Cards | 84,668.08 |
|         20058 Deferred Mercantile Sales | 2,175.70 |
|         20058-1 Deferred Sales Tax | 4.80 |
|         20060 Payroll Liabilities | 0.00 |
|           401K | 0.00 |
|           Wages Payable | -4,256.52 |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| Total 20060 Payroll Liabilities | -4,256.52 |
| 20070 Partner Fees Owed |  |
|   20071 CK Fees Owed | 238,188.44 |
|   20072 State Park Fees Owed |  |
|     20072a State Park Fees Owed - MI | 6,484.10 |
|     20072b State Park Fees Owed - UT | 0.00 |
|     20072c State Park Fees Owed - ME | 65,970.75 |
|     20072d State Park Fees Owed - LA | 27,705.03 |
|     20072e State Park Fees Owed - WV | 9,789.14 |
|     20072f State Park Fees Owed - NY | 9,599.14 |
|     20072g State Park Fees Owed - NY Canals | 378.42 |
|     20072h State Park Fees Owed - MS | -562.08 |
|     20072i State Park Fees Owed - NE | 1,808.13 |
|     20072j State Park Fees Owed - TX | 268.60 |
|   Total 20072 State Park Fees Owed | 121,441.23 |
|   20073 OTA Fees Owed | 31,786.00 |
| Total 20070 Partner Fees Owed | 391,415.67 |
|   20081 Miscellaneous Payable | 0.00 |
|   20082 Farnam Lease Liability |  |
|     20082a Farnam Lease TE123118-001 | -117,500.71 |
|     20082b Farnam Lease TE123118-002 | 68,727.66 |
|     20082c Farnam Lease TE123118-003 | 2,015,986.86 |
|     20082d Farnam Lease TE123118-004 | 4,825,959.23 |
| Total 20082 Farnam Lease Liability | 6,793,173.04 |
|   20090 Sales Tax Payable | 820.16 |
| Total Other Current Liabilities | $7,620,167.99 |
| Total Current Liabilities | $8,269,515.89 |
| Long-Term Liabilities |  |
|   24000 Vehicle Financing |  |
|     2017 Ford F450 (1FDUF4HT9HEB20847) | 0.00 |
|     2017 Ford F550 (1FDUF5HT6HEF41964) | 0.00 |
|     2018 Ford F550 (1FDUF5HT8JDA01298) | 0.00 |
|   Total 24000 Vehicle Financing | 0.00 |
|   Decathlon Loan | 1,858,867.39 |
| Total Long-Term Liabilities | $1,858,867.39 |
| Total Liabilities | $10,128,383.28 |
| Equity |  |
|   30000 Opening Balance Equity | 27,219.59 |
|   30100 Retained Earnings | -26,186,248.93 |
|   30110 Additional Paid in Capital | 10,286.77 |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| **Convertible Preferred Equity** | |
|   Abramowitz 2012 Trust Agreement | 0.00 |
|   Geoffrey P Judge | 0.00 |
|   SL Ventures III, LLC | 0.00 |
|   Tribeca ESP Series Fund, LLC | 0.00 |
|   Tribeca Venture Fund I (NY), L.P | 0.00 |
| **Total Convertible Preferred Equity** | **0.00** |
| **Preferred Stock** | |
|   12TH STREET HOLDINGS LLC | 200,000.05 |
|   Abramowitz 2012 Trust Agreement | 50,000.00 |
|   Benedict Timothy | 50,000.00 |
|   Bernie Treidl | 9,613.29 |
|   Carol A Melton | 100,000.00 |
|   Christopher R Uzpen | 41,427.00 |
|   Claude Wasserstein | 166,040.80 |
|   CLUF Capital LLC | 24,895.75 |
|   David D Rukshin | 51,033.01 |
|   E.H. Pomerantz | 742,473.11 |
|   Eric Frank | 299,999.97 |
|   Geoffrey Lauprete | 60,963.23 |
|   Geoffrey P Judge | 50,000.00 |
|   GPAC LLC | 122,280.15 |
|   Great Oaks Venture Capital | 168,579.00 |
|   GREAT OAKS VENTURE CAPITAL ACK, LLC | 504,232.69 |
|   GREAT OAKS VENTURE FUND LP | 49,459.10 |
|   Halogen Ventures, L.P. | 200,000.00 |
|   Ishpreet Pandher | 20,000.00 |
|   Jay Snyder | 1,075,924.80 |
|   Jeffrey A. Blomberg | 211,094.34 |
|   Jessica Nagle Revocable Trust | 757,405.47 |
|   Katherine August-Dewilde | 50,000.00 |
|   KD Ventures LLC | 1,037,368.82 |
|   Lau Family Fund LP | 25,000.00 |
|   Marc Peyser | 16,413.00 |
|   Martha Ehmann Conte Trust | 70,519.00 |
|   Matthew J Ober | 25,937.98 |
|   Michael D'Agostino | 75,000.00 |
|   Michael DeAddio | 40,000.00 |
|   Michael Levine | 248,786.04 |
|   Noah Garden | 108,385.04 |
|   Obvious Ventures II, L.P. | 2,762,881.63 |
|   Paul Danforth | 76,322.04 |

# Tentrr, Inc.

Balance Sheet

As of October 31, 2022

|  | TOTAL |
|---|---:|
| Paul S. Rosica | 6,648.26 |
| Pratik Patel | 31,235.28 |
| RA Outdoors, LLC | 3,000,000.00 |
| Rachel Sherman | 29,554.19 |
| Rivet Ventures, L.P. | 935,910.83 |
| Ronnie Jaber | 140,883.44 |
| Scott Cutler | 81,526.93 |
| Shan-Lyn Ma | 10,000.00 |
| SL Ventures III, LLC | 250,000.00 |
| SL Ventures III, Series B LLC | 150,000.00 |
| Sonja Hoel Perkins | 43,730.00 |
| Susan Lyne | 25,000.00 |
| Tazora Films LLC | 100,000.00 |
| The Hoel Revocable Trust | 10,000.00 |
| The Parks Trust dated December 18, 2009 | 148,000.71 |
| Timothy Carlton | 272,841.21 |
| Tom Cohen | 49,846.00 |
| Tribeca ESP Series Fund, LLC | 1,650,000.00 |
| TRIBECA VENTURE FUND I (NY), L.P. | 561,426.00 |
| Tribeca Venture Fund I L.P. | 4,645,628.65 |
| UAJ-STAMFORD PARTNERS | 500,004.72 |
| West of Everything, LLC | 50,000.00 |
| West Venture Partners SPV I, LLC | 1,936,150.86 |
| West Venture Partners, L.P. | 5,983,682.63 |
| Whitney Cox | 30,000.00 |
| Worldquant Ventures LLC | 760,015.68 |
| Wurzel D. Parsons | 150,000.00 |
| **Total Preferred Stock** | **31,044,120.70** |
| Net Income | -7,736,373.72 |
| **Total Equity** | **$ -2,840,995.59** |
| **TOTAL LIABILITIES AND EQUITY** | **$7,287,387.69** |