# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| Tentrr, Inc. [1] | Case No. 23-10000 (BLS) |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

    Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

    The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 3, 2023

                                      ANDREW R. VARA
                                      UNITED STATES TRUSTEE, REGIONS 3 AND 9

                                      By: /s/ Hannah McCollum
                                      Hannah McCollum, Esq.
                                      Trial Attorney
                                      United States Department of Justice
                                      Office of the United States Trustee
                                      J. Caleb Boggs Federal Building
                                      844 N. King Street, Room 2207, Lockbox 35
                                      Wilmington, DE 19801
                                      Telephone: (202) 573-3275
                                      E-Mail: hannah.mccollum@usdoj.gov

---

[1] The last four digits of the Debtor's federal tax identification number are 4018. The Debtor's address is 25 West 39th Street, Suite No. 7007, New York, NY 10018.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| Tentrr, Inc. [1] | Case No. 23-10000 (BLS) |
| Debtor. | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $400.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Date: January 3, 2023

/s/  David M. Klauder
David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

---

[1] The last four digits of the Debtor's federal tax identification number are 4018. The Debtor's address is 25 West 39th Street, Suite No. 7007, New York, NY 10018.