**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Tentrr, Inc.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10000 (BLS) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Reitler Kailas & Rosenblatt LLP ("Reitler") and Bayard, P.A. ("Bayard") hereby enters its appearance in the above-referenced chapter 11 case (the "Chapter 11 Case") as counsel to SL Ventures III Series V, LLC ("SL Ventures"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in Chapter 11 Case and copies of all papers served or required to be served in the Chapter 11 Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon SL Ventures through service upon Reitler and Bayard at the addresses or e-mail addresses set forth below:

| | |
|---|---|
| Lauren Friend McKelvey<br>**Reitler Kailas & Rosenblatt LLP**<br>11921 Freedom Drive, Suite 550<br>Reston, Virginia 20190<br>Email: lmckelvey@reitlerlaw.com | Erin R. Fay<br>Daniel N. Brogan<br>**BAYARD, P.A.**<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Email: efay@bayardlaw.com<br>dbrogan@bayardlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive SL Ventures' (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the SL Ventures is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

*Signature page follows.*

Dated:  January 4, 2023
       Wilmington, Delaware        **BAYARD, P.A.**

    */s/ Daniel N. Brogan*
    Erin R. Fay (No. 5268)
    Daniel N. Brogan (No. 5723)
    600 North King Street, Suite 400
    Wilmington, DE 19801
    Telephone: (302) 655-5000
    Email: efay@bayardlaw.com
           dbrogan@bayardlaw.com

    -and-

    Lauren Friend McKelvey (*pro hac vice* pending)
    **Reitler Kailas & Rosenblatt LLP**
    11921 Freedom Drive, Suite 550
    Reston, Virginia 20190
    Telephone: 212-209-3037
    Email: lmckelvey@reitlerlaw.com

    *Counsel to SL Ventures III Series V, LLC*