**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TENTRR, INC.,<br><br>             Debtor[1]. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10000 (BLS) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On January 2, 2023 (the "**Petition Date**"), Tentrr, Inc. (the "**Debtor**"), as debtor and debtor-in-possession, commenced the above captioned voluntary subchapter V, chapter 11 case (the "**Subchapter V Case**"), in the United States Bankruptcy Court in the District of Delaware (the "**Bankruptcy Court**"). The Debtor continues to operate its business and manage its property as debtor and debtor in possession, pursuant to section 1181 of the Bankruptcy Code.

The Debtor has filed its Schedule of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") with the Bankruptcy Court. The Debtor, with the assistance of its advisors, prepared the Schedules and SOFA in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") with unaudited information available as of the Petition Date.

These *Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "**Global Notes**") are incorporated by reference in, and comprise an intricate part of, each of the Debtor's schedules, sub- Schedules, Statements, Statements' exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and SOFA. Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules and SOFA in these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

<u>**Reservation of Rights**</u>. While the Debtor's management and advisors have made reasonable efforts and conducted due diligence to ensure that its Schedules and SOFA are as accurate and complete as possible under the circumstances based on the information available at the time of

---

[1]     The last four digits of the Debtor's taxpayer identification number are 8843.

preparation, subsequent information or discovery may result in material changes to these Schedules and SOFA, and inadvertent errors, inaccuracies, or omissions may have occurred.

Because the Schedules and the SOFA contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and SOFA are complete. The Debtor reserves all rights to amend or supplement its Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to a claim (as defined in section 101(5) of the Bankruptcy Code "**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Nothing contained in the Schedules and SOFA shall constitute a waiver of any right of the Debtor or an admission with respect to the Subchapter V Case (including, but not limited to, issues involving Claims, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers").

The Debtor has made reasonable efforts to characterize, classify, categorize or designate the Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA correctly. However, the Debtor may have improperly characterized, classified, categorized or designated certain items. In addition, certain items reported in the Schedules and SOFA could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any losses or injury arising out of or caused in whole or in part by the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. In no event will the Debtor or its agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the allowance of a potential claim against the Debtor or damages to business reputations, lost business or lost profits), whether foreseeable or not, and however caused, as a result of the information in these Schedules and SOFA.

Anand Subramanian, the Chief Executive Officer of the Debtor, has signed the Schedules and SOFA. Mr. Subramanian is an authorized signatory for the Debtor. In reviewing and signing the Schedules and SOFA, Mr. Subramanian has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtor's operations. Mr. Subramanian, has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

## Global Notes and Overview of Methodology

***Basis of Presentation.*** The Debtor's Schedules and SOFA do not purport to represent statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFA reflect the Debtor's reasonable good faith efforts to report the assets and the liabilities of the Debtor.

Moreover, given, among other things, the uncertainty surrounding the valuation and nature of certain of the Debtor's assets and liabilities, the fact that the Debtor shows more assets than liabilities is not an admission that the Debtor was solvent on the Petition Date or at any time prior to the Petition Date. Likewise, nothing in the Schedules or SOFA is an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

## General Disclosure Applicable to Schedules and SOFA

***Recharacterization.*** The Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA. However, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate certain items reported in the Schedules and SOFA at a later time as is necessary or appropriate.

***Unliquidated Claim Amounts***. Claim amounts that could not be readily quantified by the Debtor, or which are not yet fixed in amount, are scheduled as "unliquidated."

***Totals***. All totals that are included in the Schedules and SOFA represent totals of all known and estimated amounts included in the Schedules and SOFA. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual totals may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to unliquidated, contingent and/or disputed claims, it is possible that the summary statistics in the Schedules, SOFA and Global Notes may understate the Debtor's liabilities.

***Undetermined, to be Determined or Unknown Amounts***. The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the Subchapter V Case.

***Valuation.*** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets, for the Debtor to obtain current market valuations of all its assets. Unless otherwise indicated, the Schedules and the SOFA reflect the net book values as of the Petition Date. Many of the Debtor's tangible assets have been fully depreciated, and, therefore having book value of zero, even though they may have a higher fair market value. Amounts ultimately realized may vary from net book value, and such variance may be material.

***Pledged Assets***. Substantially all of the assets listed on Debtor's Schedule A/B have been pledged as collateral by the Debtor to secure certain obligations. Assets pledged as collateral are more fully described in the Motion of the Debtor for Interim and Final Orders: (i) Authorizing the Debtor to Obtain Postpetition Financing; (ii) Granting Security Interests and Superpriority Administrative Expense Status; (iii) Modifying the Automatic Stay; (iv) Authorizing Use of Cash Collateral; (V) Granting Adequate Protection; (vi) Scheduling a Final Hearing and (vii) Granting Related Relief [Docket No. 16].

***Leases and Executory Contracts***. Nothing herein or in the Schedules or SOFA shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or SOFA, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; (ii) have not expired or been terminated or otherwise are not currently in full force and effect, or (iii) are not true leases at all, and are instead secured financings, and the Debtor reserves all of its rights.

***Liabilities.*** Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time. In such cases, the amounts are listed as "unknown," "to be determined," or "undetermined." Accordingly, the total amount listed for some categories of liabilities in the Schedules and the SOFA may not be equal to the aggregate amount of the Debtor's total liabilities as noted on any financial statement issued prior to the Petition Date.

***First Day Orders***. The Bankruptcy Court has authorized (each, a "**First Day Order**") the Debtor to pay, in whole or in part, various outstanding prepetition claims, including but not limited to, certain payments relating to the Debtor's employee wages and compensation, benefits, and reimbursable business expenses; goods and services ordered prepetition but received postpetition, insurance obligations, and critical parties' claims. Given that certain of these claims have been paid or are anticipated to be paid in accordance with the First Day Orders, such claims may not be listed in the Schedules, notwithstanding that such claims existed as of the Petition Date or may otherwise be listed as "unknown" or "to be determined".

The Debtor reserves its right to object to any listed claims on the ground that, among other things, such claims have already been satisfied pursuant to a First Day Order or otherwise satisfied during the pendency of the Subchapter V Case. The estimate of claims set forth in the Schedules may not reflect assertions by the Debtor's creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

***Liens.*** The inclusion on Schedule D of creditors is not an acknowledgment of the validity, extent, or priority of any liens, and the Debtor reserves its right to challenge such liens and the underlying claims on any grounds whatsoever. A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or acknowledgment of same. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the court as not being disputed by the Debtor. It is not the Debtor's intent that the Schedules be construed to supersede any orders entered by the Bankruptcy Court.

*Insiders.* The Person listed as an "insiders" has been included for informational purposes only and does not constitute an admission that such individuals is an insider for purposes of the Bankruptcy Code or otherwise. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES

*Summary of Assets and Liabilities for Non-Individuals.*

- **Part 1, 1c**. Total of all property includes an unused net operating loss ("**NOL**") with a book value of $20,612,204.00. The Debtor is unsure whether this NOL can be monetized, and if it can be monetized, the Debtor believes its value is considerably less than the stated book value. The total scheduled value of the Debtor's assets, without the NOL is $1,982,677.

*Schedule A/B Notes.*

- **General.** The Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- **Schedule A/B, Part 3-Accounts Receivable, Item 11**. The Debtor's reported accounts receivable include amounts that may be uncollectible. Notwithstanding the foregoing, the Debtor has use reasonable efforts to deduct doubtful or uncollectible accounts.

- **Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets, Item 26.** The Debtor has recently commissioned a formal appraisal of certain of its assets. The Debtor has not yet received the final version of this valuation but expects to receive the final appraisal shortly.

- **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles, Item 53.** The Debtor has recently commissioned a formal appraisal of certain of its assets. The Debtor has not yet received the final version of this valuation but expects to receive the final appraisal shortly.

- **Schedule A/B, Part 10 - Intangibles and Intellectual Property, Items 59 to 66**. The Debtor reports intellectual property assets at net book value based on the Debtor's books and records whenever applicable. The Debtor has not listed or assigned any value for its goodwill. As described in the *Declaration of Anand Subramanian in Support of Chapter 11 Petition and First Day Motions* (the "**Subramanian Declaration**") filed on January 4, 2023 [Docket No. 17], the Debtor maintains an electronic platform through which potential campers can book a stay at campsites listed thereon (the "**Platform**"). The Debtor list the value of the Platform (which it calls the "Tentrr Proprietary Marketplace" in its schedules)

as undetermined. As set forth in the Subramanian Declaration, the Platform is integral to the operations of the Debtor's business, and as such, the Platform has great value to the Debtor. From an accounting point of view, the Debtor's goodwill would be equal to the positive shareholder equity on the Petition Date. In reality, the Debtor has much greater value as a going concern, and therefore goodwill is a large part of the Debtor's enterprise value. The Debtor believes that in terms of tangible assets, it would cost more to dismantle the assets, then the assets are worth.

- **Schedule A/B. Part 11, All Other Assets. Item 72**. Although the Debtor includes $20,612,204 of net operating loss carry forwards in its assets, there is no guarantee that the full amount of the net operating losses can ever be utilized by the Debtor or monetized in some other way.

*Schedule D Notes.*

- Creditors' claims on Schedule D arose, or were incurred, on various dates. In certain instances, the date on which such claim arose may be an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on the Schedule D purported to be granted to a secured creditor or perfected in any specific assets.

- Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such potential claims is unknown. Moreover, although the Debtor may have scheduled claims of various creditors and secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any creditors claim or the characterization of the structure of any transaction or any document or instrument related to such creditors claim.

- The descriptions provided on Schedule D, including the description of the underlying collateral, are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for complete description of the collateral in the nature, extent and priority of any liens. Nothing in these Global Notes or in the Schedule and SOFA shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

- For purposes of these Schedules, the Debtor has treated Farnam Street Financial, Inc. ("**Farnam**") as a lessor, and hence an unsecured creditor. This should not in any way be construed as an admission or dispositive as to the nature of the relationship between Farnam and the Debtor. The relationship between Farnam and the Debtor is characterized in the relevant documents as a lease, but the Debtor may seek to recharacterize it as a secured financing. Farnam filed a UCC covering the alleged lease. If it is a secured financing and not a lease, Farnam would have a lien on the equipment purchased with Farnam's money. The Debtor reserves all rights with respect to the characterization of its obligations to Farnam.

*Schedule E/F Notes.*

- The Debtor has made reasonable efforts to report all priority in general unsecured claims against the Debtor on Schedule E/F based on the Debtor's books and records as of the Petition Date. However, the actual value of claims against the Debtor may vary significantly from represented liabilities.

- Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditors allowed claims or in the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate the recoveries in this case will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financial information and data the Debtor believes to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout this Subchapter V Case.

- The claims listed on Schedule E/F arose or were incurred in various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed was incurred or arose, fixing that date for each claim in Schedule E/F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule E/F.

- The Bankruptcy Court has authorized the Debtor to pay, in whole or in part, prepetition claims relating to the Debtor's employee wages and compensation, benefits, and reimbursable business expense. Accordingly, the Debtor's Schedule E/F only reflects those employees related claims due and owing as of the Petition Date for which the Debtor did not obtain relief from the Bankruptcy Court to satisfy in whole or in part.

- **Schedule E/F, Part 1, Item 3.45**. In the normal course of the Debtor's business, the Debtor offers gift cards for sale. Third parties can buy a gift card and present it as a gift to someone. All of the gift cards are bearer cards, and there is no way for the Debtor to determine the name or address of the creditor holding the gift card. Accordingly, the Debtor has recorded the entire liability for bearer gift cards on Schedule E/F under the name "Gift Cards". Although the liability is indicated, the Debtor is unable to indicate the name address of any creditors holding gift cards.

*Schedule G Notes.*

- The Debtor hereby reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or to supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that is necessarily a binding, valid, and enforceable contract. Any and all of the

Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtor is continuing its review of all relevant documents and expressly reserves its right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement or lease.

- The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed there in or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitutes an executory contract, a single contract or agreement, or multiple, severable, or separate contracts. The Debtor also reserves the right to challenge whether an executory contract listed in Schedule G, is in fact an executory contract at all or instead a secured financing.

- Certain of the leases and contracts listed on Schedule G may also be in the nature of conditional sales agreements or secured financing, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

## Statement of Financial Affairs

**Statement Question 7 - Legal Actions.** The Debtor has made reasonable best efforts to identify all current pending litigation involving the Debtor. The Debtor reserves all of its rights and defenses with respect to any and all lawsuits and administrative proceedings, irrespective of whether they were listed in response to Statement Question 7.

**Statement Question 9-Certain Gifts and Charitable Contributions.** The Debtor listed the value of product donations according to the base cost of such products.

| | |
|---|---|
| Debtor Name | **Tentrr, Inc.** |
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **23-10000** |

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................................................

$22,549,881.89

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..............................................................................................

$22,549,881.89
See Global Notes

### Part 2: Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$1,848,068.85

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................

$16,670.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

**+** $2,068,152.46

4.   **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b

$3,932,891.31

| Debtor Name | Tentrr, Inc. |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **23-10000** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Silicon Valley Bank | Operating Account | *1386 | $25,959.04 |
| | | | | Bank Balance as of Dec 31, 2022 |
| 3.2 | Silicon Valley Bank | Payroll Account | *5788 | $53.04 |
| | | | | Bank Balance as of Dec 31, 2022 |

4. **Other cash equivalents**

| | | | | |
|---|---|---|---|---|
| 4.1 | Stripe | | | $10,345.67 |
| | | | | Bank Balance as of Dec 31, 2022 |
| 4.2 | QB Account | | | $0.00 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$36,357.75**

| Part 2: | Deposits and prepayments |
|---|---|

Debtor  Tentrr, Inc.                                                        Case Number (if known) 23-10000

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **7. Deposits, including security deposits and utility deposits** | | |
| Description, including name of holder of deposit | | |
| 7.1 | Security Deposit - State of Michigan | $5,000.00 |
| 7.2 | Security Deposit - State of New York | $20,000.00 |
| 7.3 | Security Deposit - 9831 St Hwy 23 | $1,000.00 |
| 7.4 | Security Deposit - NYSEG | $275.00 |
| 7.5 | Security Deposit - Farnam Financial, Inc. | $781,831.99 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| Description, including name of holder of prepayment | | |
| 8.1 | Prepaid Expenses | $83,694.18 |
| 8.2 | Lowe's Escrow | $38,431.21 |
| **9. Total of Part 2** | | **$930,232.38** |
| Add lines 7 through 8.  Copy the total to line 81. | | |

**Part 3:    Accounts Receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11. **Accounts receivable** | | | | | |
| 11a. 90 days old or less: | $578,624.61 | - | $242,604.80 | = | $336,019.81 |
|  | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $0.00 | - | $0.00 | = | $0.00 |
|  | face amount | | doubtful or uncollectible accounts | | |

Debtor  Tentrr, Inc.                                    Case Number (if known) 23-10000

12. **Total of Part 3**                                                                   $336,019.81
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |  |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:           % of ownership: |  |  |  |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |  |  |  |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:**     **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  Tentrr, Inc.                                                            Case Number (if known) 23-10000

19.  **Raw Materials**

  19.1    Raw Materials - Campsite Components    Not Applicable     Undetermined       Fair Market Value     $50,000.00

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

  22.1    Campsite Equipment Deployed, Fully Depreciated     $0.00        Net Book Value     Unknown

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.        **$50,000.00**

24.  **Is any of the property listed in Part 5 perishable?**

  ☑ No.
  ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☑ No.
  ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☑ No.        See Global Notes
  ☐ Yes.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor  Tentrr, Inc.                                                              Case Number (if known) 23-10000

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops - either planted of harvested** | | | |
| **29. Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| **33. Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

Debtor  Tentrr, Inc.                                              Case Number (if known) 23-10000

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 39.1  Furniture & Fixtures, Fully Depreciated | $0.00 | Net Book Value | Unknown |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computers, Net | $44,681.47 | Net Book Value | $44,681.47 |
| 41.2  Equipment, Net | $1,185.50 | Net Book Value | $1,185.50 |

Debtor  Tentrr, Inc.                                                    Case Number (if known) 23-10000

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    **$45,866.97**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1   Trailers, Net | $2,916.67 | Net Book Value | $2,916.67 |
| 47.2   Ford F250 Truck | Undetermined | Fair Market Value | Undetermined |

48.  **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  Tentrr, Inc.                                                                   Case Number (if known) 23-10000

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 | Tools & Machinery - Oneonta, NY, Net | $6,000.00 | Net Book Value | $6,000.00 |
| 50.2 | Farnam Leased Equipment, Net | Undetermined | Liquidation Value | $0.00 |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                          **$8,916.67**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.          See Global Notes
☑ Yes.

Part 9:       **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 25 W 39th St<br>New York, NY 10018 | Office Lease | $0.00 | Net Book Value | Unknown |

Debtor  Tentrr, Inc.                                                    Case Number (if known) 23-10000

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.2 Landlord: Davenport Land and Garden 9831 State Highway 23 Oneonta, NY 13820 | Warehouse | $0.00 | Net Book Value | Unknown |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.3 Shleppers Moving and Storage 434 E 165th St Bronx, NY 10456 | Warehouse | $0.00 | Net Book Value | Unknown |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.4 Bear Lake Monster Storage 85 N 395 W Highway 89 Garden City, UT 84028 | Warehouse | $0.00 | Net Book Va;ue | Unknown |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.5 Timberline Storage 550 N 2500 W Vernal, UT 84078 | Warehouse | $0.00 | Net Book Value | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 10:**    **Intangibles and intellectual property**

Debtor  Tentrr, Inc.                                           Case Number (if known) 23-10000

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1    Tentrr Logo | Undetermined | Fair Market Value | Undetermined |
| 60.2    Trademarks | Undetermined | Fair Market Value | Undetermined |
| 60.3    Trade Secrets | Undetermined | Fair Market Value | Undetermined |
| 61.  **Internet domain names and websites** | | | |
| 61.1    Domain Name, Net | $4,000.18 | Net Book Value | $4,000.18 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1    Mailing List | Undetermined | Fair Market Value | Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| 64.1    Tentrr Proprietary Marketplace | Undetermined | Fair Market Value | (Undetermined) |
| 65.  **Goodwill** | | | |
| See Global Notes | | | |

66.  **Total of Part 10.**                                                                          **$4,000.18**
Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

Debtor  Tentrr, Inc.                                                    Case Number (if known) 23-10000

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☑ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

     _____  -  _____  =
     Total face amount         Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

72.1   Unused Net Operating Losses (NOLs),                              $20,612,204.00
       See Global Notes

73.  **Interests in insurance policies or annuities**

73.1   Unearned premiums with Peleus Insurance Co.                      $52,948.54

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  Tentrr, Inc.                                                    Case Number (if known) 23-10000

**Nature of claim**

**Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Global Notes

**Nature of claim**

**Amount Requested**

76. **Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1 | Deposits held for landowners | $460,452.71 |
| 76.2 | Booking expenses booked through a 3rd party | $12,882.88 |

77. **Other property of any kind not already listed**
    Examples: Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    **$21,138,488.13**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  Tentrr, Inc.                                                    Case Number (if known) 23-10000

| Part 12: | Summary |

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | $36,357.75 | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | $930,232.38 | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | $336,019.81 | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | $50,000.00 | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,866.97 | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | $8,916.67 | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | $4,000.18 | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | $21,138,488.13 | |
| 91. | **Total.**  Add lines 80 through 90 for each column.      91a. | $22,549,881.89 | **+** 91b.     $0.00 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................ | | $22,549,881.89 |

| Debtor Name | Tentrr, Inc. | | ☐ Check if this is an amended filing |
|---|---|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | | | |
| Case number (if known): | **23-10000** | | |

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Amount of Claim
Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| DECATHLON ALPHA IV, LP | SUBSTANTIALLY ALL ASSETS | | |
| | | $1,835,540.26 | Unknown |
| Creditor's mailing address | | | |
| 1441 W UTE BLVD, STE 240
PARK CITY, UT 84098 | | | |
| | Describe the lien | | |
| | Blanket lien of substantially all assets | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | | |
| | ☒ No | | |
| Date debt was incurred | ☐ Yes | | |
| Last four digits of account number | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☒ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| ☐ No | **As of the petition filing date, the claim is:** | | |
| ☒ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | | |
| ☒ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| ☐ Yes.  The relative priority of creditors is specified on lines | | | |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| IPFS OF NEW YORK, LLC | UNEARNED PREMIUM | | |
| | | $12,528.59 | Unknown |
| Creditor's mailing address | | | |
| 170 NORTHPOINTE PKWY, STE 300
AMHERST, NY 14228 | | | |
| | Describe the lien | | |
| | Possible lien on unearned premiums | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | | |
| | ☒ No | | |
| Date debt was incurred  May 2022 | ☐ Yes | | |
| Last four digits of account number | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☒ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| ☒ No | **As of the petition filing date, the claim is:** | | |
| ☐ Yes. Have you already specified the relative priority? | ☒ Contingent | | |
| ☒ No. Specify each creditor, including this creditor, and its relative priority. | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| ☐ Yes.  The relative priority of creditors is specified on lines | | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,848,068.85

Debtor Name    **Tentrr, Inc.**

Case number (if known): **23-10000**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JAMES C BRAND, ESQ**<br>**C/O FREDERICKSON & BYRON, PA**<br>**200 S 6TH ST, STE 4000**<br>**MINNEAPOLIS, MN 55402** | Line 2.1 | |
| **BENJAMIN W KEENAN**<br>**C/O ASHBY & GEDDES**<br>**500 DELAWARE AVE**<br>**P.O. BOX 1150**<br>**WILMINGTON, DE 19899** | Line 2.2 | |

| | |
|---|---|
| Debtor Name **Tentrr, Inc.** | |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known):    **23-10000** | ☐ Check if this is an amended filing |

## Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**
ANAND SUBRAMANIAN
25 W 39TH ST, STE 7007
NEW YORK, NY 10018

As of the petition filing date, the claim is:            **$16,666.00**            **$15,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
PENDING PREPETITION WAGE

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.2**  **Priority creditor's name and mailing address**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

As of the petition filing date, the claim is:            **$1.00**            **$1.00**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TAX LIABILITY

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8      )

---

**2.3**  **Priority creditor's name and mailing address**
NYC DEPARTMENT OF FINANCE
66 JOHN ST, 2ND FLR
NEW YORK, NY 10038

As of the petition filing date, the claim is:            **$1.00**            **$1.00**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TAXING AUTHORITY

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 | $1.00 |

**2.4**

**Priority creditor's name and mailing address**
PA DEPARTMENT OF REVENUE
1846 BROOKWOOD ST
HARRISBURG, PA 17104

**As of the petition filing date, the claim is:**                    $1.00                    $1.00

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.5**

**Priority creditor's name and mailing address**
STATE OF MAINE BUREAU OF TAX
C/O MAINE REVENUE SERVICES
51 COMMERCE DR
AUGUSTA, ME 04330

**As of the petition filing date, the claim is:**                    $1.00                    $1.00

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ABOUDI KABBANI
29325 CA-41
COARSEGOLD, CA 93614

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.2** Nonpriority creditor's name and mailing address

ADAM KESSLER
3516 SUNBELT DR
CLARKSVILLE, TN 37042

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.3** Nonpriority creditor's name and mailing address

ALEXANDRIA DOWDY
446 HILL RD
BIRDSBORO, PA 19508

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.4** Nonpriority creditor's name and mailing address

ALYSON EASTMAN
75 MT INDEPENDENCE RD
ORWELL, VT 05760

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

AMY RANDOLPH
1431 HYE ALBERT RD
HYE, TX 78635

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

ANDREW RANCK
2367 GRONINGER VALLEY RD
MIFFLIN, PA 17058

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

ANGELA TIMMONS
7917 HUNTERS VALLEY RD
MARIPOSA, CA 95338

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

ANNA FRUMES
UNDERHILL RD
CATSKILL, NY 12414

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

**3.9** | **Nonpriority creditor's name and mailing address**

ANSEL JASON SEARS
110 FLORENCE AVE
RYE, NY 10580

**As of the petition filing date, the claim is:** $20,214.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

ASPIRA CONNECTED EXPERIENCES
AKA RA OUTDOORS, LLC
DBA ASPIRA
P.O. BOX 840480
DALLAS, TX 75284

**As of the petition filing date, the claim is:** $1,094.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

AUTUMN SEPULVEDA
10672 RIDGETOP RD
WHITMORE, CA 96096

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

BEN GLENN
36000 US-101
WILLITS, CA 95490

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | |
|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** |

BRENDAN O'DONNELL
2575 PURISIMA CREEK RD
HALF MOON BAY, CA 94019

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| | |
|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** |

BRETT SOLOMANO
ADAMANA RD
ADAMANA, AZ 86028

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| | |
|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** |

BREX INC
12832 FRONTRUNNER BLVD, STE 500
DRAPER, UT 84020

**As of the petition filing date, the claim is:** $51,000.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| | |
|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** |

BRUCE LANGLOIS
11630 E FULTON ST
LOWELL, MI 49331

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

| 3.17 | Nonpriority creditor's name and mailing address | | $1.00 |

**3.17** | **Nonpriority creditor's name and mailing address**

CAITLYN MERRIAM
44 EAST ST
CLAREMONT, NH 03743

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

CARLENE DAVILA
CLARENCE HARRIS RD
BURLINGTON FLATS, NY 13315

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

CAROL BOOM
329 US HWY 158
E GATESVILLE, NC 27938

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

CARRIE BROWN
1696 CUTBANKS RD
PAMPLIN, VA 23958

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

CELTIC BANK
268 S STATE ST, STE 300
SALT LAKE CITY, UT 84111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $250,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LOAN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

CHARLES E SOCKS JR
9089 VALLEY RD
BERKELEY SPRINGS, WV 25411

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

CHERYL PEACOCK
205 GOLDIE GARRETT RD
MARBLE, NC 28905

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

CHRIS TYLER
6510 S 6TH ST
KLAMATH FALLS, OR 97603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|---|

CHRISTINE SERPAS
18388 CO RD 65
MOFFAT, CO 81143

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $8,581.44 |
|---|---|---|---|---|

CLIQUE AFFILIATE MARKETING
760 ASPEN DR
PARK CITY, UT 84098

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|---|

CRAIG PEARSON
3218 ZACKS FORK RD
LENOIR, NC 28645

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|---|

CURT CRAGG
225 BEAR BLUFF LN
WALLING, TN 38587

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

DAN WOOD
3559 WILLOW WAY
PORTOLA, CA 96122

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

DANE & ANNEMARIE EGLIE
2618 COUNTY RD
GUFFEY, CO 80820

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

DAVE REESE
308 HIGH RIDGE RD
DELTA, PA 17314

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

DAWN STIEFELD
5317 S GREENSFERRY RD
COEUR D'ALENE, ID 83814

**As of the petition filing date, the claim is:**                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              10 of 35

**3.33**

**Nonpriority creditor's name and mailing address**

DENISE KAMER
315 RIDGE RD
SOUTHAMPTON TOWNSHIP, NJ 08088

**Date or dates debt was incurred**

**Last 4 digits of account number**

$1.00

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**

DIANA SAUCEDO
3445 WYNOLA RD
JULIAN, CA 92036

**Date or dates debt was incurred**

**Last 4 digits of account number**

$1.00

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**

DILLARD WARING
331 TALERICO RD
GHENT, NY 12075

**Date or dates debt was incurred**

**Last 4 digits of account number**

$1.00

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**

DUSTIN MOON
BOULDER CREEK AREA
BOULDER CREEK, CA 95006

**Date or dates debt was incurred**

**Last 4 digits of account number**

$1.00

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.00

EARL VALDEZ
16578 CO-142
SAN LUIS, CO 81152

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.00

ELLEN CERVONI
3268 DOLPHSBURG RD
MONTOUR FALLS, NY 14865

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.00

EMILY SIMPSON RAMIREZ
1155 PANTHER BRANCH RD
BRYSON CITY, NC 28713

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.00

EVAN SCHWARTZ
35 BELL HOLLOW RD
PUTNAM VALLEY, NY 10579

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | | $1,373,459.31

FARNAM STREET FINANCIAL, INC
5850 OPUS PKWY, STE 240
MINNETONKA, MN 55343

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | | $32,360.70

FINN DIXON & HERLING LLP
6 LANDMARK SQ, STE 600
STAMFORD, CT 06901-2704

**As of the petition filing date, the claim is:**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

LEGAL SERVICES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | | $13,000.00

FINN PARTNERS
301 E 57TH ST
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**

TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | | $1.00

FLORENCE BEHAVIN
15984 COUNTY RD 75.1
TRINIDAD, CO 81082

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

GIFT CARDS
SEE GLOBAL NOTES

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $79,948.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
GIFT CARD LIABILITY

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

GREG HAUGEN
5TH AVE
DEER PARK, WI 54007

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

GRIMES PROFESSIONAL DIRT BUSTERS
17 HOLLYCREST BLVD
COVINGTON, LA 70433

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $7,700.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

GUTTERSON & COHEN TAX SPECIALISTS, LLC
445 BROADHOLLOW RD, STE 230
MELVILLE, NY 11747

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $3,750.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,600.00 |
|---|---|---|---|

HIRE LLAMA, INC
(NOW KNOWN AS AWANA)
1412 BROADWAY, 21ST FL
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

HOUSE OF HOPE (BRYAN BRADDOCK)
404 FREIGHT RD
FLORENCE, SC 29505

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

IMPACT TECH, INC
223 E DE LA GUERRA ST
SANTA BARBARA, CA 93101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |
|---|---|---|---|

JACOB ZOBRIST
113 ROBERTSON RD
ASHLAND CITY, TN 37015

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,037.50 |

**3.53** **Nonpriority creditor's name and mailing address**

JAMES BERGER
505 W 37TH ST, STE 211
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** $12,037.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

JAMES CHINCHIOLO
11560 N LOWER SACRAMENTO RD
LODI, CA 95242

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

JAMILA NORMAN
902 PINEHURST TERRACE SW
ATLANTA, GA 30310

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

JAMMIE SCHMUNK
COUNTY RD 414
JEWETT, TX 75846

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

JARED AND JENPETSCHE
1190 CHUTE RD
GOLDEN, CO 80403

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

JENI CARRIERE LADUKE
8114 COUNTY RD 56
GLENN, CA 95943

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

JIM ANTHONY
1201 EDWARDS MILL RD
RALEIGH, NC 27607

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

JIM KEENER
1897 CROWFOOT RD
EAGLE POINT, OR 97524

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LAND OWNER CONTRACT

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

JOE BAILEY
5317 S GREENSFERRY RD
COEUR D'ALENE, ID 83814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**

JOHN HURNI
3000 KY-39
CRAB ORCHARD, KY 40419

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

JON-ROY SLOAN
1333 RIDGE RD
DICKSON, TN 37055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

JULIE ZAJAC
1591 MOON RD
COLUMBUS, PA 16405

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

KAREN WERTMAN
1913 RTE 25A
ORFORD, NH 03777

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

KATE WHALEN
158 FOX FARM HILL RD
N BERWICK, ME 03906

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**

KATHY GILMARTIN
1543 BEAHM TOWN RD
CULPEPPER, VA 22701

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**

KELLY SPANGLER
216 HINCKLEY RIDGE RD
BLUE HILL, ME 04614

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

KRISTA DOSTERT
63 ROCKY POINT RD
STOCKTON SPRINGS, ME 04981

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

| 3.70 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

KRISTEN CLAYTON
7550 LOWER BOWL RD
PEOA, UT 84061

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

| 3.71 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

KRISTIE LOWERY GRAY
192 HUNTERS LN
SWEENEY, TX 77480

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

| 3.72 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

LAURA BUJJONI
41300 SW LAURELWOOD RD
GASTON, OR 97119

**As of the petition filing date, the claim is:**                                    $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

**3.73** | **Nonpriority creditor's name and mailing address**

LAURA RODE
274 THAYER RD
HARTWICK, NY 13348

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**

LINDA WILLIAMS
28770 NW QUAIL RUN DR
GASTON, OR 97119

**As of the petition filing date, the claim is:** $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**

LOUISIANA DEPT OF CULTURE, RECREATION & TOURISM
ATTN: NANCY WATKINS, UNDERSECRETARY
PO BOX 9436
BATON ROUGE, LA 70804

**As of the petition filing date, the claim is:** $30,184.23

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STATE PARK LAND OWNER CONTRACT - LA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

MAINE STATE PARKS
C/O BUREAU OF PARKS AND LANDS
22 STATE HOUSE STATION
AUGUSTA, ME 04330

**As of the petition filing date, the claim is:** $65,970.75

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STATE PARK LAND OWNER CONTRACT - ME

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**MARIE RAMOS**
**294 WA-409**
**CATHLAMET, WA 98612**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**MARK WEST**
**236 COUNTY RD 19**
**NORWICH, NY 13815**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**MEL ATKINSON**
**5600 FM 3021**
**BROWNWOOD, TX 76801**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**MELISSA TRADER**
**HUERFANO**
**GARDNER, CO 81040**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✓] Yes

**3.81** | **Nonpriority creditor's name and mailing address**

MICHAEL  MANNING
27 LANGTHRONN DR
W SHOKAN, NY 12494

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**

MICHAEL BURTON
8442 E MCNELLY RD
BENTONVILLE, AR 72712

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

MICHELLE SCHROEDER
1197 HAMBURG RD
BAKERSVILLE, NC 28705

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

MICHIGAN DEPT OF NATURAL RESOURCES
C/O CHIEF, PARKS AND RECREATION DIVISION
PO BOX 30257
LANSING, MI 48909

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $6,484.10

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STATE PARK LAND OWNER CONTRACT - MI

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|---|

MIKE AND RHONDA LUTT
2828 BLYBURG RD
HOMER, NE 68030

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|---|

MIRNA & SETH SHUMATE
3525 SHACKLETT RD
MURFREESBORO, TN 37129

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|---|

MONALISA WEBER
7828 BREST STATION RD
BACONTON, GA 31716

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|---|

NAOMI UMHEY
16 KINSEY RD
PHOENICIA, NY 12464

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

**3.89** **Nonpriority creditor's name and mailing address**

NATASHA HOUSTON
320 MASSENA RD
VICTORIA, TX 77905

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

NATIONAL PARTNERS PFCO OF NEW YORK
1600 STOUT ST, STE 900
DENVER, CO 80202

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

NEBRASKA GAME AND PARKS
2200 N 33RD ST
LINCOLN, NE 68503

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1,871.33

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**

STATE PARK LAND OWNER CONTRACT - NE

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.92** **Nonpriority creditor's name and mailing address**

NICCOLE COX
1081 OLD BARN RD
SEELEY LAKE, MT 59868

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

[ ] No
[✓] Yes

**3.93**

**Nonpriority creditor's name and mailing address**

NICK CORP
17668 COLONY RD
BOW, WA 98232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**

NP ACCEL LLC
750 B ST, STE 1400
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                        $1.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**

NYS OFFICE OF PARKS, REC AND HISTORIC PRESERVATION
625 BROADWAY
ALBANY, NY 12238

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                     $9,702.34

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STATE PARK LAND OWNER CONTRACT - NY

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.96**

**Nonpriority creditor's name and mailing address**

NYS OFFICE OF PARKS, REC AND HISTORIC PRESERVATION
625 BROADWAY
ALBANY, NY 12238

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                      $378.42

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
STATE PARK LAND OWNER CONTRACT - NY CANALS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

PEARSE MARSCHNER
314 WENGER LN
WOODSTOCK, VA 22664

**As of the petition filing date, the claim is:**   $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

REALDECOY US INC
1000 N WEST ST, STE 1200
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**   $78,180.00

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

REBECCA OHERRON
616 DEEP RUN RD
CARTERSVILLE, VA 23027

**As of the petition filing date, the claim is:**   $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

REGINA MONTALVO
2130 WYNOLA RD
JULIAN, CA 92036

**As of the petition filing date, the claim is:**   $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

ROBERT DANIEL
319 CONGRESSIONAL DR
MORGANVILLE, NJ 07751

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**

ROBERT PETRUCCI
31400 SW 194TH AVE
HOMESTEAD, FL 33030

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

RUSSELL FITZPATRICK
82 BEASLEY MINE RD
FRANKLIN, NC 28734

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

RYAN VELGERSDYK
3705 S AMY CIR
SIOUX FALLS, SD 57103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $1.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

**3.105** Nonpriority creditor's name and mailing address

SCOTT EWING
540 N FISHTRAP RD
EASLEY, SC 29640

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✔] Yes

---

**3.106** Nonpriority creditor's name and mailing address

SEAMLESS
AKAGRUBHUB HOLDINGS, INC
P.O. BOX 71649
CHICAGO, IL 60694-1649

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[X] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.107** Nonpriority creditor's name and mailing address

SENSIBLE WEATHER CO
730 ARIZONA AVE
SANTA MONICA, CA 90401

As of the petition filing date, the claim is: $3,458.99

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.108** Nonpriority creditor's name and mailing address

STEPHEN SCHEMBARI
948 PEEKSKILL HOLLOW RD
PUTNAM VALLEY, NY 10579

As of the petition filing date, the claim is: $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
LAND OWNER CONTRACT

**Last 4 digits of account number**

Is the claim subject to offset?
[ ] No
[✔] Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

**3.109  Nonpriority creditor's name and mailing address**

SUSAN ENGEL
2390 W LAKE RD
PENN YAN, NY 14527

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

$1.00

---

**3.110  Nonpriority creditor's name and mailing address**

TAMMY HALL SMITH
26479 BARRETTS CHURCH RD
SEDLEY, VA 23878

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

$1.00

---

**3.111  Nonpriority creditor's name and mailing address**

TC SIMMONS
37 EDDINGS POINT RD ST
HELENA ISLAND, SC 29920

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

$1.00

---

**3.112  Nonpriority creditor's name and mailing address**

TERENCE BANKS
6653 CELT RD
STANARDSVILLE, VA 22973

**As of the petition filing date, the claim is:**

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**
LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[✓] Yes

$1.00

**3.113**

**Nonpriority creditor's name and mailing address**

TEXAS PARKS & WILDLIFE
4200 SMITH SCHOOL RD
AUSTIN, TX 78744

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $647.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE PARK LAND OWNER CONTRACT - TX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.114**

**Nonpriority creditor's name and mailing address**

TIFFANI KOSCHITZKI
118 CASTLE RD
CATSKILL, NY 12414

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.115**

**Nonpriority creditor's name and mailing address**

TREEWOLF WEST
236 COUNTY RD 19
NORWICH, NY 13815

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.116**

**Nonpriority creditor's name and mailing address**

ULINE SHIP SUPPLIES
P.O. BOX 88741
CHICAGO, IL 60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.117** Nonpriority creditor's name and mailing address

UPS
P.O. BOX 809488
CHICAGO, IL 60680-9488

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.118** Nonpriority creditor's name and mailing address

WANDA PREECE
3030 NC-102 W
CHOCOWINITY, NC 27817

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
LAND OWNER CONTRACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.119** Nonpriority creditor's name and mailing address

WESLEY SWEE
21880 MARAMEC SPRING DR
ST JAMES, MO 65559

$1.00

As of the petition filing date, the claim is:

[X] Contingent
[X] Unliquidated
[ ] Disputed

Basis for the claim:
LAND OWNER CONTRACT

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[ ] No
[✓] Yes

---

**3.120** Nonpriority creditor's name and mailing address

WEST VIRGINIA DIV OF NATURAL RESOURCES HEADQUARTERS
324 4TH AVE
SOUTH CHARLESTON, WV 25303

$9,806.14

As of the petition filing date, the claim is:

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
STATE PARK LAND OWNER CONTRACT - WV

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

ZAVIER (D'ANDREA) BOYKIN
800 US 191, STE 76
CHAMBERS, AZ 86502

**As of the petition filing date, the claim is:**                          $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

ZEBULON JENSEN
230 N ARROWHEAD LN
MESQUITE, NV 89027

**As of the petition filing date, the claim is:**                          $1.00

[X] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:**

LAND OWNER CONTRACT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[ ] No
[✓] Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 NEW YORK ATTORNEY GENERAL<br>DEPT OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224 | Line<br>☑ Not listed. Explain<br>Governmental Entity for Noticing Only | |
| 4.2 PHILLIP J ASHFIELD<br>C/O STINSON LLP<br>50 S 6TH ST, STE 2600<br>MINNEAPOLIS, MN 55402 | Line 3.41<br>☐ Not listed. Explain | |
| 4.3 THE DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPT<br>CARVEL STATE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | Line<br>☑ Not listed. Explain<br>Governmental Entity for Noticing Only | |
| 4.4 US ATTORNEY FOR THE DISTRICT OF DELAWARE<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | Line<br>☑ Not listed. Explain<br>Governmental Entity for Noticing Only | |

Debtor Name     **Tentrr, Inc.**                                                     Case number (if known): **23-10000**

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                              $16,670.00

**5b. Total claims from Part 2**                                                          $2,068,152.46

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                                    $2,084,822.46

| | |
|---|---|
| Debtor Name | **Tentrr, Inc.** |
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **23-10000** |

☐ Check if this is an amended filing

<u>Official Form 206G</u>
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT AND STOCK OPTIONS AGREEMENT | AARON FELDON<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ABOUDI KABBANI<br>29325 CA-41<br>COARSEGOLD, CA 93614 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ADAM KESSLER<br>3516 SUNBELT DR<br>CLARKSVILLE, TN 37042 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ADOBE INC<br>345 PARK AVE<br>SAN JOSE, CA 95110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | AGILEBITS, INC<br>4711 YONGE ST, 10TH FL<br>TORONTO, ON M2N 6K8<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

## ■ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **TECHNOLOGY VENDOR CONTRACTS** | **AIRCALL.IO, INC** **233 PARK AVE S, 11TH FL** **NEW YORK, NY 10003** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | **ALEXANDRIA DOWDY** **446 HILL RD** **BIRDSBORO, PA 19508** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **TECHNOLOGY VENDOR CONTRACTS** | **ALGOLIA, INC** **301 HOWARD ST, STE 300** **SAN FRANCISCO, CA 94105** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **TECHNOLOGY VENDOR CONTRACTS** | **ALLI AI LLC** **5810 SHELBY OAKS DR, STE B** **MEMPHIS, TN 38134** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | **ALLISON MADZIAR** **25 W 39TH ST, STE 7007** **NEW YORK, NY 10018** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | **ALYSON EASTMAN** **75 MT INDEPENDENCE RD** **ORWELL, VT 05760** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | AMAZON WEB SERVICES, INC ATTN: AWS LEGAL 410 TERRY AVE N SEATTLE, WA 98109-5210 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | AMY RANDOLPH 1431 HYE ALBERT RD HYE, TX 78635 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AND STOCK OPTIONS AGREEMENT | ANAND SUBRAMANIAN 25 W 39TH ST, STE 7007 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ANDREW RANCK 2367 GRONINGER VALLEY RD MIFFLIN, PA 17058 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ANGELA TIMMONS 7917 HUNTERS VALLEY RD MARIPOSA, CA 95338 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ANNA FRUMES UNDERHILL RD CATSKILL, NY 12414 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known) | **23-10000** |

| | | |
|---|---|---|
| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AND STOCK OPTIONS AGREEMENT | ANNA SIDES<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | APPHUB LLC<br>P.O. BOX 953<br>CHESHIRE, CT 06410 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | APPLE, INC<br>1 APPLE PARK WAY<br>CUPERTINO, CA 95014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ASANA, INC<br>633 FOLSOM ST, STE 100<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | AUTUMN SEPULVEDA<br>10672 RIDGETOP RD<br>WHITMORE, CA 96096 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | AVALARA, INC<br>255 S KING ST, STE 1800<br>SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | LEASE PREMISE CONTRACTS | BEAR LAKE MONSTER STORAGE<br>85 N 395 W HWY 89<br>GARDEN CITY, UT 84028 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | BEN GLENN<br>36000 US-101<br>WILLITS, CA 95490 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | BITLY, INC<br>139 5TH AVE, 5TH FL<br>NEW YORK, NY 10010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | BRENDAN O'DONNELL<br>2575 PURISIMA CREEK RD<br>HALF MOON BAY, CA 94019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | BRETT SOLOMANO<br>ADAMANA RD<br>ADAMANA, AZ 86028 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CARD PROCESSING AGREEMENT | BREX<br>12832 FRONTRUNNER BLVD, STE 500<br>DRAPER, UT 84020 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | BRIAN POLNASEK<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | BRUCE LANGLOIS<br>11630 E FULTON ST<br>LOWELL, MI 49331 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CAITLYN MERRIAM<br>44 EAST ST<br>CLAREMONT, NH 03743 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CARLENE DAVILA<br>CLARENCE HARRIS RD<br>BURLINGTON FLATS, NY 13315 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CAROL BOOM<br>329 US HWY 158<br>E GATESVILLE, NC 27938 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CARRIE BROWN<br>1696 CUTBANKS RD<br>PAMPLIN, VA 23958 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Tentrr, Inc.** | | Case number (if known): **23-10000** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | CASEY MCCARTHY<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | CELONIS, INC<br>1 WORLD TRADE CTR, 87TH FL<br>NEW YORK, NY 10007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | CHECKR, INC<br>1 MONTGOMERY ST, STE 2400<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CHERYL PEACOCK<br>205 GOLDIE GARRETT RD<br>MARBLE, NC 28905 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CHRIS TYLER<br>6510 S 6TH ST<br>KLAMATH FALLS, OR 97603 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CHRISTINE SERPAS<br>18388 CO RD 65<br>MOFFAT, CO 81143 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known) | **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | COURTNEY BOSTWICK<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CRAIG PEARSON<br>3218 ZACKS FORK RD<br>LENOIR, NC 28645 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | CURT CRAGG<br>225 BEAR BLUFF LN<br>WALLING, TN 38587 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DAN WOOD<br>3559 WILLOW WAY<br>PORTOLA, CA 96122 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DANE & ANNEMARIE EGLIE<br>2618 COUNTY RD<br>GUFFEY, CO 80820 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | DATADOG, INC<br>620 8TH AVE, 45TH FL<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DAVE REESE<br>308 HIGH RIDGE RD<br>DELTA, PA 17314 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASE PREMISE CONTRACTS | DAVENPORT LAND & GARDEN<br>P.O. BOX 229<br>DAVENPORT, NY 13750 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | DAVID ALLAN DELANOY<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DAWN STIEFELD<br>5317 S GREENSFERRY RD<br>COEUR D'ALENE, ID 83814 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DENISE KAMER<br>315 RIDGE RD<br>SOUTHAMPTON TOWNSHIP, NJ 08088 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DIANA SAUCEDO<br>3445 WYNOLA RD<br>JULIAN, CA 92036 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DILLARD WARING<br>331 TALERICO RD<br>GHENT, NY 12075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | DOMINICK D'AGOSTINO<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | DROPBOX, INC<br>301 HOWARD, STE 200<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | DUSTIN MOON<br>BOULDER CREEK AREA<br>BOULDER CREEK, CA 95006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | EARL VALDEZ<br>16578 CO-142<br>SAN LUIS, CO 81152 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ELLEN CERVONI<br>3268 DOLPHSBURG RD<br>MONTOUR FALLS, NY 14865 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | EMILY SIMPSON RAMIREZ<br>1155 PANTHER BRANCH RD<br>BRYSON CITY, NC 28713 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | ESTEBAN ANDRES VARGAS<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | EVAN SCHWARTZ<br>35 BELL HOLLOW RD<br>PUTNAM VALLEY, NY 10579 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | FACEBOOK, INC<br>1601 WILLOW RD<br>MENLO PARK, CA 94025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING AGREEMENT | FARNAM STREET FINANCIAL INC<br>5850 OPUS PKWY, STE 240<br>MINNETONKA, MN 55343 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | FEEDBACK GROUP LLC<br>29 ST NICHOLAS PL<br>LEICESTER, LE1 4LD<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | FIGMA, INC<br>760 MARKET ST, 5TH FL<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | FLORENCE BEHAVIN<br>15984 COUNTY RD 75.1<br>TRINIDAD, CO 81082 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | FULLSTORY, INC<br>1745 PEACHTREE RD NW, STE G<br>ATLANTA, GA 30309 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AND STOCK OPTIONS AGREEMENT | GARETH CHISHOLM<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GETWEBCRAFT LTD<br>KLIMENTOS 41-43<br>KLIMENTOS TOWER, FLAT 25<br>NICOSIA<br>CYPRUS |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | STOCK OPTIONS AGREEMENT | GHAN PATEL<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GHOST FOUNDATION LTD<br>160 ROBINSON RD<br>14-04 SBF CTR<br>SINGAPORE, 68914<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GITHUB, INC<br>88 COLIN P KELLY JR ST<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GOOGLE LLC<br>1600 AMPHITHEATRE PKWY<br>MTN VIEW, CA 94043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GOOGLE WORKSPACE<br>1600 AMPHITHEATRE PKWY<br>MTN VIEW, CA 94043 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | GREG HAUGEN<br>5TH AVE<br>DEER PARK, WI 54007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | GUESTY, INC<br>2 ELIEZER KAPLAN ST<br>TEL AVIV<br>ISRAEL |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL SERVICES CONTRACT | GUSTO<br>525 20TH ST<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | HOUSE OF HOPE (BRYAN BRADDOCK)<br>404 FREIGHT RD<br>FLORENCE, SC 29505 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | HUBSPOT INC<br>25 1ST ST, 2ND FL<br>CAMBRIDGE, MA 02141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | LEASE PREMISE CONTRACTS | INDUSTRIOUS<br>25 W 39TH ST<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | INTUIT LIMITED<br>8046 S SHAWNEE ST<br>AURORA, CO 80016 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | PREMIUM FINANCING AGREEMENT | IPFS OF NEW YORK, LLC<br>170 NORTHPOINTE PKWY, STE 300<br>AMHERST, NY 14228 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | JACOB GOODMAN<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JACOB ZOBRIST<br>113 ROBERTSON RD<br>ASHLAND CITY, TN 37015 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JAMES CHINCHIOLO<br>11560 N LOWER SACRAMENTO RD<br>LODI, CA 95242 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | JAMES HANLEY<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JAMILA NORMAN<br>902 PINEHURST TER SW<br>ATLANTA, GA 30310 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JAMMIE SCHMUNK<br>COUNTY RD 414<br>JEWETT, TX 75846 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | JARED & JEN PETSCHE<br>1190 CHUTE RD<br>GOLDEN, CO 80403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | JENI CARRIERE LADUKE<br>8114 COUNTY RD 56<br>GLENN, CA 95943 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | JESSICA BROOKE SALYER<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | JIM ANTHONY<br>1201 EDWARDS MILL RD<br>RALEIGH, NC 27607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | JIM KEENER<br>1897 CROWFOOT RD<br>EAGLE POINT, OR 97524 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | **LAND OWNER CONTRACT** | JOE BAILEY<br>5317 S GREENSFERRY RD<br>COEUR D'ALENE, ID 83814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
| --- | --- | --- |

◼ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JOHN HURNI<br>3000 KY-39<br>CRAB ORCHARD, KY 40419 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JON-ROY SLOAN<br>1333 RIDGE RD<br>DICKSON, TN 37055 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | JOTFORM, INC<br>4 EMBARCADERO CTR, STE 780<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | JULIE ZAJAC<br>1591 MOON RD<br>COLUMBUS, PA 16405 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | JUSTIN DUGYON<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | KAREN WERTMAN<br>1913 RTE 25A<br>ORFORD, NH 03777 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT |
| | | KATE WHALEN<br>158 FOX FARM HILL RD<br>N BERWICK, ME 03906 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT |
| | | KATHY GILMARTIN<br>1543 BEAHM TOWN RD<br>CULPEPPER, VA 22701 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT |
| | | KELLY SPANGLER<br>216 HINCKLEY RIDGE RD<br>BLUE HILL, ME 04614 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS |
| | | KLAVIYO, INC<br>125 SUMMER ST, 6TH FL<br>BOSTON, MA 02111 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT |
| | | KRISTA DOSTERT<br>63 ROCKY POINT RD<br>STOCKTON SPRINGS, ME 04981 |
| | State the term remaining<br>List the contract number of any government contract | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT |
| | | KRISTEN CLAYTON<br>7550 LOWER BOWL RD<br>PEOA, UT 84061 |
| | State the term remaining<br>List the contract number of any government contract | |

| Debtor Name | **Tentrr, Inc.** | Case number (if known): **23-10000** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | KRISTIE LOWERY GRAY<br>192 HUNTERS LN<br>SWEENEY, TX 77480 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | LARISSA HAYWARD<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | LAURA BUJJONI<br>41300 SW LAURELWOOD RD<br>GASTON, OR 97119 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | LAURA RODE<br>274 THAYER RD<br>HARTWICK, NY 13348 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | LAUREN KNAFFO<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | LINDA WILLIAMS<br>28770 NW QUAIL RUN DR<br>GASTON, OR 97119 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Tentrr, Inc.**                                    Case number (if known): **23-10000**

<span style="background:black;">     </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | LOUISIANA DEPT OF CULTURE, RECREATION & TOURISM<br>ATTN: NANCY WATKINS, UNDERSECRETARY<br>P.O. BOX 94361<br>BATON ROUGE, LA 70804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | LUCID SOFTWARE INC<br>10355 S JORDAN GATEWAY, STE 150<br>S JORDAN, UT 84095 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | MAINE STATE PARKS<br>BUREAU OF PARKS & LANDS<br>22 STATE HOUSE STATION<br>AUGUSTA, ME 04330 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | MALLORIE HURST<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MARIE RAMOS<br>294 WA-409<br>CATHLAMET, WA 98612 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MARK WEST<br>236 COUNTY RD 19<br>NORWICH, NY 13815 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

<table>
<tr><td colspan="2">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MEL ATKINSON<br>5600 FM 3021<br>BROWNWOOD, TX 76801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MELISSA TRADER<br>HUERFANO<br>GARDNER, CO 81040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MICHAEL BURTON<br>8442 E MCNELLY RD<br>BENTONVILLE, AR 72712 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MICHAEL MANNING<br>27 LANGTHRONN DR<br>W SHOKAN, NY 12494 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MICHELLE SCHROEDER<br>1197 HAMBURG RD<br>BAKERSVILLE, NC 28705 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | MICHIGAN DEPT OF NATURAL RESOURCES<br>CHIEF, PARKS & RECREATION DIV<br>P.O. BOX 30257<br>LANSING, MI 48909 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MIKE & RHONDA LUTT<br>2828 BLYBURG RD<br>HOMER, NE 68030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | D&O INSURANCE | MILLENNIAL SPECIALTY INSURANCE LLC<br>C/O SCALE UNDERWRITING<br>114 E 25TH ST, 4TH FL<br>NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MIRNA & SETH SHUMATE<br>3525 SHACKLETT RD<br>MURFREESBORO, TN 37129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | MISSISSIPPI DEPT OF WILDLIFE, FISHERIES & PARKS<br>1505 EASTOVER DR<br>JACKSON, MS 39211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | MONALISA WEBER<br>7828 BREST STATION RD<br>BACONTON, GA 31716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | NAOMI UMHEY<br>16 KINSEY RD<br>PHOENICIA, NY 12464 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | NATASHA HOUSTON<br>320 MASSENA RD<br>VICTORIA, TX 77905 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | NATHAN TRAPPE<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | NICCOLE COX<br>1081 OLD BARN RD<br>SEELEY LAKE, MT 59868 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | NICK CORP<br>17668 COLONY RD<br>BOW, WA 98232 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | NY STATE OFFICE<br>PARKS, RECREATION & HISTORIC PRESERVATION<br>625 BROADWAY<br>ALBANY, NY 12238 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | PATRICK GALLAGHER<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AND STOCK OPTIONS AGREEMENT | PAUL LEWIS GEORGE<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | PAUL ROBERT WEBER<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | PEARSE MARSCHNER<br>314 WENGER LN<br>WOODSTOCK, VA 22664 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL LIABILITY INSURANCE | PELEUS INSURANCE CO<br>8720 STONY POINT PKWY, STE 400<br>RICHMOND, VA 23235 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | POSTMAN, INC<br>55 2ND ST, STE 300<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | R SOFTWARE INC<br>2 SHAW ALLEY<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name      **Tentrr, Inc.**                                         Case number (if known): **23-10000**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | REALDECOY US INC<br>1309 CARLING AVE, UNIT E2<br>OTTAWA, ON K1Z 7L3<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | REBECCA OHERRON<br>616 DEEP RUN RD<br>CARTERSVILLE, VA 23027 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | REGINA MONTALVO<br>2130 WYNOLA RD<br>JULIAN, CA 92036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ROBERT PETRUCCI<br>31400 SW 194TH AVE<br>HOMESTEAD, FL 33030 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | RUSSELL FITZPATRICK<br>82 BEASLEY MINE RD<br>FRANKLIN, NC 28734 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | SCOTT EWING<br>540 N FISHTRAP RD<br>EASLEY, SC 29640 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Tentrr, Inc.** | Case number (if known): **23-10000** |
|---|---|---|

### ■ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STOCK OPTIONS AGREEMENT** | SCOTT MARSHALL<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **EMPLOYMENT AGREEMENT** | SEAN FASSETT<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TECHNOLOGY VENDOR CONTRACTS** | SEMRUSH, INC<br>800 BOYLSTON ST, STE 2475<br>BOSTON, MA 02199 |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **EMPLOYMENT AGREEMENT** | SHELBY ORTENZIO<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LEASE PREMISE CONTRACTS** | SHLEPPERS MOVING & STORAGE<br>434 E 165TH ST<br>BRONX, NY 10456 |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **TECHNOLOGY VENDOR CONTRACTS** | SHOPIFY, INC<br>16150 AVIATION LOOP 15429<br>BROOKSVILLE, FL 34604 |

| Debtor Name | Tentrr, Inc. | Case number (if known): **23-10000** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNOLOGY VENDOR CONTRACTS | SLAB, INC<br>340 S LEMON AVE, STE 8017<br>WALNUT, CA 91789 |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNOLOGY VENDOR CONTRACTS | SLACK TECHNOLOGIES, LLC<br>500 HOWARD ST<br>SAN FRANCISCO, CA 94105 |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TECHNOLOGY VENDOR CONTRACTS | SMARTBEAR SOFTWARE, INC<br>450 ARTISAN WAY<br>SOMERVILLE, MA 02145 |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STATE PARK LAND OWNER CONTRACT | STATE OF UTAH<br>DIVISION OF PARKS & RECREATION<br>C/O MAIN UTAH STATE PARKS OFFICE<br>1594 W NORTH TEMPLE, STE 116<br>SALT LAKE CITY, UT 84116-3154 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STOCK OPTIONS AGREEMENT | STEPHEN KRIKELIS<br>25 W 39TH ST, STE 7007<br>NEW YORK, NY 10018 |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LAND OWNER CONTRACT | STEPHEN SCHEMBARI<br>26 HOAG RD<br>LIVINGSTON MANOR, NY 12758 |

Debtor Name    **Tentrr, Inc.**

Case number (if known): **23-10000**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | STEPHEN SCHEMBARI<br>948 PEEKSKILL HOLLOW RD<br>PUTNAM VALLEY, NY 10579 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | STRIPE, INC<br>510 TOWNSEND ST<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | SUSAN ENGEL<br>2390 W LAKE RD<br>PENN YAN, NY 14527 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | TALONONE, GMBH<br>1 BOSTON PL, STE 2600<br>BOSTON, MA 02108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | TAMMY HALL SMITH<br>26479 BARRETTS CHURCH RD<br>SEDLEY, VA 23878 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | TC SIMMONS<br>37 EDDINGS POINT RD<br>ST HELENA ISLAND, SC 29920 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Tentrr, Inc.** | Case number (if known) | **23-10000** |
|---|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LAND OWNER CONTRACT** | **TERENCE BANKS**<br>**6653 CELT RD**<br>**STANARDSVILLE, VA 22973** |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LAND OWNER CONTRACT** | **TIFFANI KOSCHITZKI**<br>**118 CASTLE RD**<br>**CATSKILL, NY 12414** |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STORAGE FACILITY AGREEMENT** | **TIMBERLINE**<br>**550 N 2500 W**<br>**VERNAL, UT 84078** |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **STOCK OPTIONS AGREEMENT** | **TODD KING**<br>**25 W 39TH ST, STE 7007**<br>**NEW YORK, NY 10018** |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **LAND OWNER CONTRACT** | **TREEWOLF WEST**<br>**236 COUNTY RD 19**<br>**NORWICH, NY 13815** |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PAYROLL SERVICES AGREEMENT** | **TRINET**<br>**ONE PARK PLACE, STE 600**<br>**DUBLIN, CA 94568** |

| Debtor Name | Tentrr, Inc. | | Case number (if known): 23-10000 |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | TWILIO INC<br>101 SPEAR ST, 1ST FL<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | WANDA PREECE<br>3030 NC-102 W<br>CHOCOWINITY, NC 27817 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | WEBFLOW, INC<br>398 11TH ST, 2ND FL<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | WESLEY SWEE<br>21880 MARAMEC SPRING DR<br>ST JAMES, MO 65559 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | STATE PARK LAND OWNER CONTRACT | WEST VIRGINIA DEPT OF COMMERCE<br>DIV OF NATURAL RESOURCES<br>PARKS & RECREATION SECTION<br>324 4TH AVE<br>S CHARLESTON, WV 25303 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL AND EMPLOYMENT PRACTICES LIABILITY POLICIES | WILLIAM H CONNOLLY & CO, LLC<br>56 PARK ST<br>MONTCLAIR, NJ 07042 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Tentrr, Inc. | | Case number (if known): **23-10000** |
|---|---|---|---|

<table>
<tr><td colspan="2">█  <b>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ZAPIER, INC<br>243 BUENA VISTA AVE<br>SUNNYVALE, CA 94086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ZAVIER D'ANDREA BOYKIN<br>800 US 191, STE 76<br>CHAMBERS, AZ 86502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ZEBRAFISH LABS, INC<br>423 TEHAMA ST<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | LAND OWNER CONTRACT | ZEBULON JENSEN<br>230 N ARROWHEAD LN<br>MESQUITE, NV 89027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ZENDESK, INC<br>989 MARKET ST<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY VENDOR CONTRACTS | ZOWIE, INC<br>8 THE GREEN<br>DOVER, DE 19901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name        **Tentrr, Inc.**

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **23-10000**

☐ Check if this is an
amended filing

Official Form 206H

**Schedule H: Codebtors**

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of**
**creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**                                                          **Column 2: Creditor**

| Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|
| **NONE** | | | |

| | |
|---|---|
| **Debtor Name** | Tentrr, Inc. |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** | 23-10000 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*          (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Executive Officer of the Tentrr, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 83 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  3/3/2023
            MM / DD / YYYY

Signature _____ /s/ Anand Subramanian _____

_____ Anand Subramanian _____
Printed Name

_____ Chief Executive Officer _____
Title