**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| TENTRR, INC., | Case No. 23-10000 (BLS) |
| Debtor.[1] | **Re: D.I. 160** |

**CERTIFICATION OF COUNSEL REGARDING**
**MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE**
**DEBTOR TO ENTER INTO AN INSURANCE PREMIUM FINANCE AGREEMENT**
**WITH BANK DIRECT CAPITAL FINANCE AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On August 15, 2023, Tentrr, Inc. (the "Debtor") filed the *Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Enter into an Insurance Premium Finance Agreement With Bank Direct Capital Finance and (II) Granting Related Relief* (the "Motion") [D.I. 160].

2.      Thereafter, the Debtor received informal comments from the Office of the United States Trustee ("UST") to the Motion.

3.      On August 17, 2023, the Court held a hearing on the Motion.  The Court granted the Motion subject to incorporation of UST's comments.

4.      Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Order") incorporating informal comments received from the UST.  A blackline of the Revised Order marked against the original form of order attached to the Motion is attached hereto as **Exhibit B**.

**WHEREFORE**, the Debtor respectfully requests the Court enter the Revised Order

---

[1] The last four digits of the Debtor's federal tax identification number are 4018.

{00036422. }

without further notice or hearing. In accordance with the Court's electronic order processing

procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

Dated: August 17, 2023
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE #6436)
824 N Market Street, Suite 810
Wilmington DE 19801
(302) 777-1111
Email: rosner@teamrosner.com
       liu@teamrosner.com

-and-

**MAYERSON & HARTHEIMER, PLLC**
Sandra E. Mayerson (admitted *pro hac vice*)
David H. Hartheimer (admitted *pro hac vice*)
845 3rd Ave., 11th floor
New York, NY 10022
Tel.: 646-778-4381
Fax: 646-778-4384
sandy@mhlaw-ny.com
david@mhlaw-ny.com

*Counsel to the Debtor and Debtor in Possession*