IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Tentrr, Inc.<br><br>Debtor. | ) Chapter 7<br>)<br>) Case No. 23-10000-BLS<br>)<br>) Objection Deadline: March 19, 2025 at<br>) 4:00 p.m. ET<br>)<br>) Hearing Date: March 26, 2025 at 11:00<br>) a.m. ET |

**[PROPOSED] ORDER GRANTING AMAZON WEB SERVICES, INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO
TERMINATE EXECUTORY CONTRACT WITH TENTRR, INC.**

Upon the *Motion of Amazon Web Services, Inc. to Terminate Executory Contract with Tentrr, Inc.* (the "Motion"), in which Amazon Web Services, Inc. ("AWS") requests entry of an order granting it relief from stay, terminating the Agreement[2] with Tentrr, Inc., and relieving AWS from further performance in connection therewith, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Agreement, and the Beranek Decl.; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; **NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

---

[2] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

1. The Motion is granted.

2. The Agreement is hereby deemed terminated without further notice.

3. AWS shall have no obligations of performance under the Agreement and the Debtor's associated AWS Accounts.

4. AWS is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to delete the Debtor's AWS Accounts and all data stored in connection therewith, without further notice.

5. This Order shall be effective immediately, and the stay set forth in Bankruptcy Rule 4001(a)(3) shall not apply.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.